## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    NO. 4:13CR00017 JLH

MICHAEL JAY ELLIS                                                                            DEFENDANT

### ORDER

The Government has filed the pending motion to revoke bond. See Document 20. In the motion, the Government asks that a summons be issued requiring defendant Michael Jay Ellis ("Ellis") to appear before the Court to show cause why his pre-trial release should not be revoked. For good cause shown, the Government's motion is granted to the extent it seeks Ellis' appearance before the Court.

The Clerk of the Court shall issue a summons. The summons shall contain the date, time, and place of the hearing on the Government's motion to revoke Ellis's pre-trial release.

The hearing on the motion to revoke Ellis' conditions of release will be held beginning at 9:30 a.m. on Monday, April 7, 2014, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas. This Order is the only notice the parties will receive of the hearing.

IT IS SO ORDERED this ___31___ day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE