IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    NO. 4:13CR00017-01 JLH

MICHAEL JAY ELLIS                                                          DEFENDANT

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendant Michael Jay Ellis appeared in person for a change of plea hearing on this date. Following the defendant's guilty plea to Counts 1ss and 2ss of the Superseding Information, the issues concerning defendant's bond were addressed. The defendant requested that his current conditions of release be modified to remove the electronic monitoring requirements. Without objection from the government or probation office, the request was granted.

IT IS THEREFORE ORDERED that defendant's order setting conditions of release is hereby modified to remove the following conditions:

(s)   participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer of supervising officer instructs;

(t)   submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.

All other conditions of release remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this  12th  day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE