**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No. 4:13CR00017 JLH

MICHAEL JAY ELLIS                                                 DEFENDANT

## ORDER

Michael Ellis's motion for a continuance of the sentencing is GRANTED. Document #75. The sentencing is continued until Friday, September 11, 2015, at 2:30 p.m. Counsel must notify his client of this sentencing hearing promptly.

IT IS SO ORDERED this 1st day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE